**September 30, 2025**

**Meggan B. Sullivan**
Sullivan Law Group
410A 37th Avenue N.
Nashville, TN 37209
(615) 457-0449
megganbsullivan@gmail.com

Via Certified Mail

CVS Health- Pharmacy
One CVS Drive
Woonsocket, RI 02895

Re: Formal Demand to Remove Pharmacy Exclusion of Dr. Roderick T. Beaman, Omega Health & Wellness

   Violation of Florida Administrative Code 64B16-27.831, Lack of Legal and Regulatory Basis, Defamation, and Patient Harm

Dear Sir or Madam:

I represent Dr. Roderick T. Beaman, a licensed physician practicing at Omega Health & Wellness, a Florida-licensed pain management clinic. It has come to our attention that CVS Health has instituted a corporate-level exclusion of all controlled substance prescriptions issued by Dr. Beaman. This blanket exclusion lacks legal merit, violates Florida law, harms patients, and impugns Dr. Beaman's professional character.

This letter serves as a formal demand for corrective action concerning the wrongful termination and exclusion of Dr. Beaman from your pharmacy network, effective **October 7, 2025**.

I.    **HISTORY WITH PUBLIX**:

- Dr. Beaman has been a practicing physician in the State of Florida since 9/16/2002
- CVS Health filled medically necessary controlled substance prescriptions for Dr. Beaman's chronic pain patients during that time without issue.
- Dr. Beaman was notified by letter that effective May 25, 2023, CVS Health will no longer fill his controlled substance prescriptions, even though there is no regulatory, criminal, or other action preventing the lawful filling of said prescriptions.

II.    **No Legal or Regulatory Basis for Exclusion**

Dr. Beaman maintains:
- An unrestricted Florida medical license
- An active DEA registration
- Employment at a licensed Florida pain management clinic, compliant with all relevant state and federal laws

There is no legal, regulatory, or clinical basis for denying filling all of Dr. Beaman's controlled substance prescriptions. He practices within the law, in accordance with DEA and Florida Board of Medicine standards.

Violation of Florida Administrative Code 64B16-27.831

The corporate exclusion of Dr. Beaman's prescriptions constitutes a clear violation of Florida Administrative Code 64B16-27.831, which governs the standards of practice for pharmacists dispensing controlled substances. Under this regulation:

"Each pharmacist has a corresponding responsibility to ensure that a controlled substance prescription is valid and issued for a legitimate medical purpose, based on professional judgment and individual evaluation."

The rule explicitly requires individual pharmacist evaluation on a case-by-case basis, not unilateral or systemic corporate policy. A pharmacy cannot lawfully refuse to fill a prescriber's prescriptions absent a legitimate reason evaluated by a licensed pharmacist, based on each specific prescription's context.

Your corporation's blanket policy violates this legal standard and undermines the independent clinical judgment pharmacists are required to exercise under both state and federal law.

III.    **Defamation of Professional Character**

By excluding all prescriptions written by Dr. Beaman without individual prescription review, [Pharmacy Name] conveys a false and defamatory implication: that Dr. Beaman is engaging in improper or illegal prescribing. This causes significant reputational harm and may constitute defamation per se, as it directly impacts his professional standing.

Further, this policy implies to patients and staff that Dr. Beaman's medical judgment is untrustworthy or unlawful—an assertion with no factual or legal support.

**IV. Ongoing and Documented Patient Harm**

The exclusion of valid prescriptions also causes immediate and serious harm to patients, many of whom are uninsured or underinsured and rely on Dr. Beaman's care for chronic pain management.

The State of Florida reports 12% of its population as being uninsured, and that does not even consider the number of underinsured patients in the state.

The FDA has explicitly warned against the sudden discontinuation of opioids, citing risks of:

- Severe withdrawal symptoms
- Uncontrolled pain
- Psychological distress
- Suicidal ideation or behavior

FDA Safety Warning (April 2019):
https://www.fda.gov/drugs/drug-safety-and-availability/fda-identifies-harm-reported-sudden-discontinuation-opioid-pain-medicines-and-requires-label-changes

Dr. Beaman's patients are being placed at risk of serious physical and psychological injury due to your pharmacy's blanket denial of access to lawfully prescribed medications.

## DEMAND FOR IMMEDIATE CORRECTIVE ACTION

Accordingly, we formally demand the following:

1. Immediate reversal of the corporate-level exclusion against Dr. Beaman's controlled substance prescriptions.
2. An acknowledgment that prescriptions from Dr. Beaman will be reviewed and filled based on individual pharmacist evaluation and consistent with Florida Administrative Code 64B16-27.831.
3. Assurance that no further defamatory representations, actions, or policies will be taken that adversely affect Dr. Beaman's professional reputation.

Please provide written confirmation of compliance with this request within fourteen (14) calendar days of the date of this letter.

Failure to respond or to take corrective action will leave us no choice but to pursue all available legal remedies, including but not limited to injunctive relief, civil litigation, and referral to appropriate regulatory and professional licensing boards.

## VI. Conclusion

Dr. Beaman is a licensed, qualified, and ethical physician serving a vulnerable and underserved patient population. The actions of CVS Health are not only legally indefensible, but they are also clinically dangerous and contrary to the public interest.

We expect your prompt cooperation to resolve this matter. You may contact me directly at 615-457-0449 or megganbsullivan@gmail.com

Sincerely,

Meggan B. Sullivan

Attorney for Dr. Beaman

Attachments
The original exclusion letter

**September 30, 2025**

**Meggan B. Sullivan**
Sullivan Law Group
410A 37th Avenue N.
Nashville, TN 37209
(615) 457-0449
megganbsullivan@gmail.com

Via Certified Mail

DEMAND FOR IMMEDIATE CORRECTIVE ACTION

PUBLIX LEGAL
3300 Publix Corporate Pkwy
Lakeland, FL 33811-3311

Re: Formal Demand to Remove Pharmacy Exclusion of Dr. Roderick T. Beaman, Omega Health & Wellness

> Violation of Florida Administrative Code 64B16-27.831, Lack of Legal and Regulatory Basis, Defamation, and Patient Harm

Dear Sir or Madam:

I represent Dr. Roderick T. Beaman, a licensed physician practicing at Omega Health & Wellness, a Florida-licensed pain management clinic. It has come to our attention that Publix Pharmacy has instituted a corporate-level exclusion of all controlled substance prescriptions issued by Dr. Beaman. This notice was given orally in a phone call between Publix and Dr. Beaman. This blanket exclusion lacks legal merit, violates Florida law, harms patients, and impugns Dr. Beaman's professional character.

This letter serves as a formal demand for corrective action concerning the wrongful termination and exclusion of Dr. Beaman from your pharmacy network, effective **October 7, 2025**.

I.    **HISTORY WITH PUBLIX:**

o  Dr. Beaman has been a practicing physician in the State of Florida since 9/16/2002
o  Publix filled medically necessary controlled substance prescriptions for Dr. Beaman's chronic pain patients during that time without issue.
o  Dr. Beaman was notified by telephone that effective October 7, 2025, Publix will no longer fill his controlled substance prescriptions, even though there is no regulatory, criminal, or other action preventing the lawful filling of said prescriptions.

II.    **No Legal or Regulatory Basis for Exclusion**

Dr. Beaman maintains:
* An unrestricted Florida medical license
* An active DEA registration
* Employment at a licensed Florida pain management clinic, compliant with all relevant state and federal laws

There is no legal, regulatory, or clinical basis for denying filling all of Dr. Beaman's controlled substance prescriptions. He practices within the law, in accordance with DEA and Florida Board of Medicine standards.

The corporate exclusion of Dr. Beaman's prescriptions constitutes a clear violation of Florida Administrative Code 64B16-27.831, which governs the standards of practice for pharmacists dispensing controlled substances. Under this regulation:

"Each pharmacist has a corresponding responsibility to ensure that a controlled substance prescription is valid and issued for a legitimate medical purpose, based on professional judgment and individual evaluation."

The rule explicitly requires individual pharmacist evaluation on a case-by-case basis, not unilateral or systemic corporate policy. A pharmacy cannot lawfully refuse to fill a prescriber's prescriptions absent a legitimate reason evaluated by a licensed pharmacist, based on each specific prescription's context.

Your corporation's blanket policy violates this legal standard and undermines the independent clinical judgment pharmacists are required to exercise under both state and federal law.

## III.    Defamation of Professional Character

By excluding all prescriptions written by Dr. Beaman without individual prescription review, [Pharmacy Name] conveys a false and defamatory implication: that Dr. Beaman is engaging in improper or illegal prescribing. This causes significant reputational harm and may constitute defamation per se, as it directly impacts his professional standing.

Further, this policy implies to patients and staff that Dr. Beaman's medical judgment is untrustworthy or unlawful—an assertion with no factual or legal support.

## IV. Ongoing and Documented Patient Harm

The exclusion of valid prescriptions also causes immediate and serious harm to patients, many of whom are uninsured or underinsured and rely on Dr. Beaman's care for chronic pain management.

The State of Florida reports 12% of its population as being uninsured, and that does not even consider the number of underinsured patients in the state.

The FDA has explicitly warned against the sudden discontinuation of opioids, citing risks of:

- Severe withdrawal symptoms
- Uncontrolled pain
- Psychological distress
- Suicidal ideation or behavior

FDA Safety Warning (April 2019):
https://www.fda.gov/drugs/drug-safety-and-availability/fda-identifies-harm-reported-sudden-discontinuation-opioid-pain-medicines-and-requires-label-changes

Dr. Beaman's patients are being placed at risk of serious physical and psychological injury due to your pharmacy's blanket denial of access to lawfully prescribed medications.

## DEMAND FOR IMMEDIATE CORRECTIVE ACTION

Accordingly, we formally demand the following:

1. Immediate reversal of the corporate-level exclusion against Dr. Beaman's controlled substance prescriptions.
2. An acknowledgment that prescriptions from Dr. Beaman will be reviewed and filled based on individual pharmacist evaluation and consistent with Florida Administrative Code 64B16-27.831.
3. Assurance that no further defamatory representations, actions, or policies will be taken that adversely affect Dr. Beaman's professional reputation.

Please provide written confirmation of compliance with this request within fourteen (14) calendar days of the date of this letter.

Failure to respond or to take corrective action will leave us no choice but to pursue all available legal remedies, including but not limited to injunctive relief, civil litigation, and referral to appropriate regulatory and professional licensing boards.

## VI. Conclusion

Dr. Beaman is a licensed, qualified, and ethical physician serving a vulnerable and underserved patient population. The actions of Publix are not only legally indefensible, but they are also clinically dangerous and contrary to the public interest.

We expect your prompt cooperation to resolve this matter. You may contact me directly at 615-457-0449 or megganbsullivan@gmail.com

Sincerely,

Meggan B. Sullivan

Attorney for Dr. Beaman

**September 30, 2025**

**Meggan B. Sullivan**
Sullivan Law Group
410A 37th Avenue N.
Nashville, TN 37209
(615) 457-0449
megganbsullivan@gmail.com

Via Certified Mail

Walgreens Pharmacy
102 Wilmot Rd
Deerfield, IL 60015

Re: Formal Demand to Remove Pharmacy Exclusion of Dr. Roderick T. Beaman, Omega Health & Wellness

Violation of Florida Administrative Code 64B16-27.831, Lack of Legal and Regulatory Basis, Defamation, and Patient Harm

Dear Sir or Madam:

I represent Dr. Roderick T. Beaman, a licensed physician practicing at Omega Health & Wellness, a Florida-licensed pain management clinic. It has come to our attention that Walgreens has instituted a corporate-level exclusion of all controlled substance prescriptions issued by Dr. Beaman. This blanket exclusion lacks legal merit, violates Florida law, harms patients, and impugns Dr. Beaman's professional character.

This letter serves as a formal demand for corrective action concerning the wrongful termination and exclusion of Dr. Beaman from your pharmacy network, effective **June 28, 2023**.

I.      **HISTORY WITH PUBLIX:**

o   Dr. Beaman has been a practicing physician in the State of Florida since 9/16/2002
o   Walgreens filled medically necessary controlled substance prescriptions for Dr. Beaman's chronic pain patients during that time without issue.
o   Dr. Beaman was notified by letter from a patient, that effective June 28, 2023, Walgreens will no longer fill his controlled substance prescriptions, even though there is no regulatory, criminal, or other action preventing the lawful filling of said prescriptions.

II.     **No Legal or Regulatory Basis for Exclusion**

Dr. Beaman maintains:
- An unrestricted Florida medical license
- An active DEA registration
- Employment at a licensed Florida pain management clinic, compliant with all relevant state and federal laws

There is no legal, regulatory, or clinical basis for denying filling all of Dr. Beaman's controlled substance prescriptions. He practices within the law, in accordance with DEA and Florida Board of Medicine standards.

The corporate exclusion of Dr. Beaman's prescriptions constitutes a clear violation of Florida Administrative Code 64B16-27.831, which governs the standards of practice for pharmacists dispensing controlled substances. Under this regulation:

"Each pharmacist has a corresponding responsibility to ensure that a controlled substance prescription is valid and issued for a legitimate medical purpose, based on professional judgment and individual evaluation."

The rule explicitly requires individual pharmacist evaluation on a case-by-case basis, not unilateral or systemic corporate policy. A pharmacy cannot lawfully refuse to fill a prescriber's prescriptions absent a legitimate reason evaluated by a licensed pharmacist, based on each specific prescription's context.

Your corporation's blanket policy violates this legal standard and undermines the independent clinical judgment pharmacists are required to exercise under both state and federal law.

## III.    Defamation of Professional Character

By excluding all prescriptions written by Dr. Beaman without individual prescription review, [Pharmacy Name] conveys a false and defamatory implication: that Dr. Beaman is engaging in improper or illegal prescribing. This causes significant reputational harm and may constitute defamation per se, as it directly impacts his professional standing.

Further, this policy implies to patients and staff that Dr. Beaman's medical judgment is untrustworthy or unlawful—an assertion with no factual or legal support.

## IV. Ongoing and Documented Patient Harm

The exclusion of valid prescriptions also causes immediate and serious harm to patients, many of whom are uninsured or underinsured and rely on Dr. Beaman's care for chronic pain management.

The State of Florida reports 12% of its population as being uninsured, and that does not even consider the number of underinsured patients in the state.

The FDA has explicitly warned against the sudden discontinuation of opioids, citing risks of:

- Severe withdrawal symptoms
- Uncontrolled pain
- Psychological distress
- Suicidal ideation or behavior

FDA Safety Warning (April 2019):
https://www.fda.gov/drugs/drug-safety-and-availability/fda-identifies-harm-reported-sudden-discontinuation-opioid-pain-medicines-and-requires-label-changes

Dr. Beaman's patients are being placed at risk of serious physical and psychological injury due to your pharmacy's blanket denial of access to lawfully prescribed medications.

## DEMAND FOR IMMEDIATE CORRECTIVE ACTION

Accordingly, we formally demand the following:

1. Immediate reversal of the corporate-level exclusion against Dr. Beaman's controlled substance prescriptions.
2. An acknowledgment that prescriptions from Dr. Beaman will be reviewed and filled based on individual pharmacist evaluation and consistent with Florida Administrative Code 64B16-27.831.
3. Assurance that no further defamatory representations, actions, or policies will be taken that adversely affect Dr. Beaman's professional reputation.

Please provide written confirmation of compliance with this request within fourteen (14) calendar days of the date of this letter.

Failure to respond or to take corrective action will leave us no choice but to pursue all available legal remedies, including but not limited to injunctive relief, civil litigation, and referral to appropriate regulatory and professional licensing boards.

## VI. Conclusion

Dr. Beaman is a licensed, qualified, and ethical physician serving a vulnerable and underserved patient population. The actions of Walgreens are not only legally indefensible, but they are also clinically dangerous and contrary to the public interest.

We expect your prompt cooperation to resolve this matter. You may contact me directly at 615-457-0449 or megganbsullivan@gmail.com

Sincerely,

Meggan B. Sullivan

Attorney for Dr. Beaman

Attachments

The original patient exclusion letter