**CVSHealth**

One CVS Drive
Woonsocket, RI 02895

<u>VIA UPS Overnight</u>
1Z0339292998401361

PERSONAL AND CONFIDENTIAL

April 9, 2025

Roderick Beaman, DO
C/O Matthew Pelcowitz
701 Waterford Way, Ste 340
Miami, FL 33126

Dear Dr. Pelcowitz,

We have reviewed your request dated December 18, 2024 to reinstate your controlled substance dispensing privileges at CVS/pharmacy. We had a subsequent interview on March 18, 2025 to discuss the information provided in your reinstatement request. **<u>We are writing to inform you after careful consideration, our committee cannot grant your request at this time.</u>**

We would be prepared to review this decision after March 18, 2026 and would ask that you contact us at that time should you wish for us to reconsider your case. If you feel there has been a significant enough change to your practice to warrant earlier consideration you may contact us.

Sincerely,

Susan Laskowski, PharmD, RPh
Senior Manager, Retail Pharmacy Professional Practice
401-770-5710



EXHIBIT

1