**DECLARATION OF: Lawrence Rhodes**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE-**

I, **Lawrence Rhodes,** declare as follows:

1. I am a patient of Dr. Roderick Beaman at Omega Health & Wellness in Jacksonville, Florida.

2. I have been seeing Dr. Beaman since June, 2017 for my chronic pain.

3. As part of my treatment, Dr. Beaman has prescribed medications medically necessary for the treatment of my chronic pain condition that was previously filled without issue at CVS.

4. Beginning in or around May, 2023, I was informed that CVS would no longer fill prescriptions written by Dr. Beaman. I was not given any explanation related to my individual prescription, my medical history, or any concern specific to my care.

5. Because of this, I have had to go to a local pharmacy to get my medications, which has caused delays and uncertainty at times in receiving my medication.

6. This change has caused stress and concern about maintaining continuity of care with the doctor I have trusted for over 8 years.

7. I am concerned that if CVS's exclusion continues, I could experience interruptions my treatment, which could affect the stability and effectiveness of my care.

8. This uncertainty makes me worried in being able maintaining consistent care from Dr. Beaman for the management of my chronic pain.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this ⟨29⟩ day of ⟨June⟩_____, 2026, in Jacksonville, Florida

**Lawrence Rhodes**
Declarant



**EXHIBIT**

**2**

**DECLARATION OF: Jacqueline Lee**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE-**

I, **Jacqueline Lee**, declare as follows:

1. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify truthfully.

2. I am a patient of Dr. Roderick Beaman at Omega Health & Wellness and have been under his care since approximately December, 2017.

3. I receive ongoing medical treatment for chronic pain related to my medical conditions that significantly affect my ability to function in daily life.

4. As part of my treatment, Dr. Beaman has prescribed medications that are medically necessary for the management of my condition and that was previously filled without issue at CVS.

5. Beginning in or around May, 2023, I was informed that CVS would no longer fill prescriptions written by Dr. Beaman. I was not given any explanation related to my individual prescription, my medical history, or any concern specific to my care.

6. As a result of CVS's refusal, I was forced to seek out alternative pharmacies willing to fill my prescription. My options were limited.

7. The pharmacies that were willing to dispense my medication required out-of-pocket payments ranging from approximately $250 to $350 per refill, which I had not previously been required to pay.

8. These costs were unexpected, recurring, and financially burdensome. Paying these amounts on a monthly basis is not sustainable for me.

9. Because of this financial burden, I have experienced stress and anxiety about my ability to continue receiving my prescribed treatment. On at least one occasion, I struggled to obtain my medication due to cost.

10. The increased cost has forced me to make difficult decisions regarding my medical care and has placed my treatment at risk, despite the medication being medically necessary and lawfully prescribed.

11. This situation has not been caused by any change in my medical condition, my compliance with treatment, or the legitimacy of my prescription, but solely by the refusal of certain pharmacies to fill prescriptions written by my physician.

12. I submit this declaration to explain how the sudden financial burden imposed by limited pharmacy access has directly affected my ability to obtain consistent medical care and has compounded the disruption caused by the pharmacy exclusion at issue in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of ___January___, 2026, in Jacksonville, Florida

**Jacqueline Lee**
Declarant